**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CR-183-MOC-DCK**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | <u>**ORDER**</u> |
| | ) | |
| **MARCUS ISAIAH CURRY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion To Withdraw Motion To Suppress" (Document No. 32) filed October 19, 2020. The motion sets out an agreement between the parties. Having carefully considered the motion, the record, and noting also the consent of Defendant, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion To Withdraw Motion To Suppress" (Document No. 32) is **GRANTED**.

**IT IS FURTHER ORDERED** that the "Motion To Suppress Defendant's Statement Obtained By Law Enforcement In Violation Of His Rights Under The Fifth And Sixth Amendments To The United States Constitution" (Document No. 31) is hereby **WITHDRAWN**.

Signed: October 19, 2020

David C. Keesler
United States Magistrate Judge

2