UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cr-183-MOC-DCK-1

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **MARCUS ISAIAH CURRY,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Count One (the Conspiracy charge) in the Superseding Bill of Indictment against Defendant Curry. Having considered the motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Motion to Dismiss Count One of the Indictment (#21) is **GRANTED** and Count One is dismissed without prejudice.

Signed: November 12, 2020



Max O. Cogburn Jr.
United States District Judge