UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:20-cr-183-MOC-DCK

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **MARCUS ISAIAH CURRY,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Defendant's pro se Motion for Return of Property. (Doc. No. 89). Specifically, Defendant requests the return of:

1. $1,800
2. Three pairs of sunglasses
3. 2005 Honda Accord & Title
4. Two sounds bars
5. Apple iPhone 11
6. Assorted jewelry
7. Two 65" flat screen TVs
8. 82" flat screen TV
9. Personal mail

Item 1 was seized to be forfeited. (Doc. No. 63). The Government has responded that items 2, 3, 4, 6, 7, and 8 are not in the Government's possession, as they were forfeited to the North

Carolina Department of revenue. (Doc. No. 90). The Government has further agreed to return item 5 (Defendant's cell phone) and item 9 (Defendant's personal mail).

Having considered Defendant's motion and the Government's response, the Court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Defendant's Motion for Return of Seized Property (Doc. No. 89) is **GRANTED in part and DENIED in part**, and the Government is instructed to return to Defendant or his designee his cell phone (item 5) and his personal mail (item 9). No items that are the subject of any Order of forfeiture shall be returned. Defendant shall, within 30 days, designate any third-party willing to pick up and take custody of his property in a signed writing delivered to the United States Attorney. That designated third-party should call the Gastonia Police Department evidence custodian at (704) 866-6862 to make arrangements for the return of Defendant's property.

Signed: January 18, 2023

Max O. Cogburn Jr
United States District Judge